IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMIR R. ALLEN, | No. 4:25-CV-01156 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SCI ROCKVIEW, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 28th day of October 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

2. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge